THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Benjamin F.
 Boatwright, Appellant.
 
 
 

Appeal From Richland County
 Roger M. Young, Circuit Court Judge
Unpublished Opinion No. 2009-UP-330
Submitted May 1, 2009  Filed June 15,
 2009
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Donald J. Zelenka and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Benjamin F.
 Boatwright appeals his guilty plea and sentence for assault and battery with
 intent to kill, arguing the plea court failed to advise him of his right to
 confront his accusers.  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.